UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

| | |
|---|---|
| In re:<br><br>Jefferson Case and Alissa Case,<br>                    Debtors. | CHAPTER 13<br>CASE NO. 09-42822-HJB |

NOTICE OF APPEARANCE
AND
REQUEST FOR SERVICE OF PAPERS

You are hereby given notice that HARMON LAW OFFICES, P.C. appears for America's Servicing Company, as servicer for Deutsche Bank National Trust Company, as Trustee for HSI Asset Securitization Corporation Mortgage pass-through Certificate 2006-HE1 to represent its interests in this matter. You are requested to serve a copy of each notice of any proceeding, hearing and/or report in this matter, including, but not limited to notices required by Bankruptcy Rule 2002 (g) and the Local Rules of Bankruptcy Procedure, upon the undersigned at the address indicated below.

Respectfully submitted,

America's Servicing Company, as servicer for Deutsche Bank National Trust Company, as Trustee for HSI Asset Securitization Corporation Mortgage pass-through Certificate 2006-HE1,

By its Attorney

/s/ Rian K. Vernon
Rian K. Vernon, Esquire
For America's Servicing Company, as servicer for Deutsche Bank National Trust Company, as Trustee for HSI Asset Securitization Corporation Mortgage pass-through Certificate 2006-HE1

BBO# 662635
HARMON LAW OFFICES, P.C.

200812-0944                    BKR

/Notice of Appearance/Case, Jefferson /
Case, Alissa

                                      P.O. Box 610345
                                      Newton Highlands, MA 02461-0345
                                      781 292-3900
                                      617-243-4049 (fax)
                                      mabk@harmonlaw.com


Dated:  July 17, 2009

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

| | |
|---|---|
| IN RE:<br><br>Jefferson Case and Alissa Case | CHAPTER 13<br>CASE NO. 09-42822-HJB |

CERTIFICATE OF SERVICE

I, Rian K. Vernon, Esquire, state that on July 17, 2009, I electronically filed the foregoing document with the United States Bankruptcy Court for the District of Massachusetts using the CM/ECF System. I served the foregoing document on the following CM/ECF participants:

Richard King, Esquire Assistant U.S. Trustee
Denise M. Pappalardo, Esquire, Chapter 13 Trustee
Carl D. Aframe, Esquire for the Debtors

I certify that I have mailed by first class mail, postage prepaid the documents electronically filed with the Court on the following non CM/ECF participants:

/s/ Rian K. Vernon
Rian K. Vernon, Esquire
BBO# 662635

Mr. Jefferson Case
3 Ashwood Road
Paxton, MA 01612

Ms. Alissa Case
3 Ashwood Road
Paxton, MA 01612

RKK//200812-0944/Case, Jefferson / Case, Alissa