UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

| | |
|---|---|
| In re:<br><br>Jefferson Case and Alissa Case,<br>　　　　　Debtors. | CHAPTER 13<br>CASE NO. 09-42822-HJB |

NOTICE OF APPEARANCE
AND
REQUEST FOR SERVICE OF PAPERS

You are hereby given notice that HARMON LAW OFFICES, P.C. appears for Chase Home Finance, LLC as servicer for JPMorgan Chase Bank, N.A to represent its interests in this matter. You are requested to serve a copy of each notice of any proceeding, hearing and/or report in this matter, including, but not limited to notices required by Bankruptcy Rule 2002 (g) and the Local Rules of Bankruptcy Procedure, upon the undersigned at the address indicated below.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,
　　　　　　　　　　　　　　　　　　　　Chase Home Finance, LLC as servicer for
　　　　　　　　　　　　　　　　　　　　JPMorgan Chase Bank, N.A,
　　　　　　　　　　　　　　　　　　　　By its Attorney


　　　　　　　　　　　　　　　　　　　　/s/ Elizabeth A. Lonardo
　　　　　　　　　　　　　　　　　　　　Elizabeth A Lonardo, Esquire
　　　　　　　　　　　　　　　　　　　　BBO# 669569
　　　　　　　　　　　　　　　　　　　　HARMON LAW OFFICES, P.C.
　　　　　　　　　　　　　　　　　　　　P.O. Box 610345
　　　　　　　　　　　　　　　　　　　　Newton Highlands, MA 02461-0345
　　　　　　　　　　　　　　　　　　　　781-292-3900
　　　　　　　　　　　　　　　　　　　　617-243-4049 (fax)
　　　　　　　　　　　　　　　　　　　　mabk@harmonlaw.com


Dated: August 6, 2009

200905-1614　　　　　　　　　　　　　　　　BKR

　　　　　　　　　　　　　　　　　　　　/Notice of Appearance/Case, Alissa / Case, Jefferson

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

| | |
|---|---|
| IN RE:<br><br>Jefferson Case and Alissa Case | CHAPTER 13<br>CASE NO. 09-42822-HJB |

CERTIFICATE OF SERVICE

I, Elizabeth A Lonardo, Esquire , state that on August    6   , 2009, I electronically filed the foregoing Notice of Appearance with the United States Bankruptcy Court for the District of Massachusetts using the CM/ECF System. I served the foregoing document on the following CM/ECF participants:

Office of the U. S. Trustee
Denise M. Pappalardo, Esquire, Chapter 13 Trustee
Carl D. Aframe, Esquire for the Debtors

I certify that I have mailed by first class mail, postage prepaid the documents electronically filed with the Court on the following non CM/ECF participants:

/s/ Elizabeth A. Lonardo
Elizabeth A Lonardo, Esquire
BBO# 669569

Jefferson Case
3 Ashwood Rd
Paxton, MA 01612


Alissa Case
3 Ashwood Rd
Paxton, MA 01612

EXL//200905-1614/Case, Alissa / Case, Jefferson