UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

| | |
|---|---|
| In Re: <br><br> JEFFERSON CASE and <br> ALISSA CASE, <br> Debtors | ) <br> ) <br> ) **Chapter 13** <br> ) **Case No. 09-42822-HJB** <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF SURRENDER OF REAL ESTATE LOCATED AT 71 HOLLIS STREET, WORCESTER, MA

NOW COME the Debtors in the above-referenced matter and provide notice of their intention to surrender their jointly held real estate located at 71 Hollis Street in Worcester, MA 01610. (71 Hollis) In support thereof, the Debtors would indicate as follows.

1. The Debtors filed their Joint Petition under Chapter 13 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of Massachusetts on July 13, 2009.

2. At the time of the filing the Debtors jointly owned real estate located at 71 Hollis Street in Worcester, MA. The property is vacant and secured. The property has not generated any income in several months.

3. Prior to the filing of the Petition the Debtors had attempted to negotiate a "short sale" for the 71 Hollis real estate without success.

4. The property is subject to a first mortgage in the original amount of $262,000 to Chase Bank USA which mortgage was recorded at Book 41937, Page 207.

5. The mortgage was assigned by Chase Bank USA to JPMorgan Chase Bank, N.A., (the bank) with said assignment being recorded at said Registry of Deeds, Book 44423, Page 126.

6. According to the Debtor's Schedules and Chapter 13 Plan 71 Hollis was intended to be surrendered to the bank.

7. On August 14, 2009 the Bank filed a Motion for Relief from Stay, document #25.

8. Subsequent to the filing of the Motion the Debtors indicated to the bank by email that they were willing to assent to the Motion for Relief from Stay.

9. The bank received the relief requested on 8/28/09, document #26.

10. The property is subject to a second mechanic's lien to Jolin Paving & Excavating, Inc., in the sum of $14,000.

11. The fair market value of the property is estimated to be $175,000 according to the debtor's schedules.

12. The Debtors have no equity in the property and it cannot, in its present state, produce any income for the Debtors and is burdensome to the estate.

The Debtor hereby provides notice of its surrender of the real estate to the mortgagee in conjunction with their obtaining relief from stay.

*WHEREFORE,* the Debtors provide notice of its intention to surrender the property directly and immediately to the secured party in conjunction with its Plan and in conjunction with the Motion for Relief from Stay, and allow the bank to take possession of the real estate immediately.

                    JEFFERSON CASE and
                    ALISSA CASE,
                    By their counsel:
                    /s/ Carl D. Aframe
                    _____
                    Carl D. Aframe, Esq. (BBO # 012780)
                    AFRAME & BARNHILL, P.A.
                    108 Grove Street, Suite 2
                    Worcester, MA 01605
                    (508) 756-6940, Facsimile # (508) 753-8219
                    aframe@aframebarnhill.com

DATE: August 31, 2009

## CERTIFICATE OF SERVICE

      I, Carl D. Aframe, do hereby certify that I will, immediately upon receipt of the notice of electronic service, serve a copy of the within document by mailing same to any of the parties below who are not deemed to have consented to electronic notice or service under EFR 9.

Richard King, Esq.
Office of U.S. Trustee
446 Main Street, 14th Floor
Worcester, MA 01608
*Assistant U.S. Trustee*

Denise M. Pappalardo, Esq.
P. O. Box 16607
Worcester, MA 01601
*Chapter 13 Trustee*

A. Rebecca Murray, Esq.
Harmon Law Offices, P.C.
P. O. Box 610345
Newton Highlands, MA 02461-0345
*Counsel for JPMorgan Chase Bank, N.A., creditor*

Chase Home Finance, LLC
as servicer for JPMorgan Chase Bank, N.A,

Elizabeth A Lonardo, Esquire
HARMON LAW OFFICES, P.C.
P.O. Box 610345
Newton Highlands, MA 02461-0345

Rian K. Vernon, Esquire
For America's Servicing Company,
as servicer for Deutsche Bank National Trust Company,
as Trustee for HSI Asset Securitization Corporation Mortgage
pass-through Certificate 2006-HE1
HARMON LAW OFFICES, P.C.
P.O. Box 610345
Newton Highlands, MA 02461-0345

JOLIN PAVING & EXCAVATING, INC.
46 MILTON STREET
WORCESTER, MA 01605

City of Worcester
455 Main Street
Worcester, MA 01608

Jefferson and Alissa Case
3 Ashwood Road
Paxton, MA 01612

/s/ Carl D. Aframe

Carl D. Aframe, Esq. (BBO # 012780)
aframe@aframebarnhill.com

Dated: 8/31/09