UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

In re:

    ALISSA & JEFFERSON CASE

        Debtors

Chapter 13
Case #: 09-42822-HJB

## MOTION TO AMEND 2016(b) STATEMENT

NOW COMES counsel to the Debtor in the above referenced matter and requests that this Court allow counsel to amend his 2016(b) Statement in accordance with the Motion and Agreed Order filed by the Chapter 13 Trustee on September 1, 2009 to clarify the original 2016(b) Statement filed with this Court on August 12, 2009.

        CARL D. AFRAME, counsel to Alissa & Jefferson Case:

        /s/ Carl D. Aframe

        Carl D. Aframe, Esq., BBO #012780
        Aframe & Barnhill, P.A.
        108 Grove Street, Suite 2
        Worcester, MA  01605
        (508) 756-6940
        (508) 753-8219 Fax
        aframe@aframebarnhill.com

Dated: 9/25/09

*[Margin annotation, left: signature]*
*[Margin annotation, left: 10/9/2009 ALLOWED.  NO OBJECTIONS HAVE BEEN FILED.]*