**UNITED STATES BANKRUPTCY COURT**
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| In Re: | Jefferson Case and Alissa Case<br>Debtor, | Chapter: 13<br>Case No: 09–42822<br>Judge Henry J. Boroff |

## NOTICE TO ADDED CREDITORS

A bankruptcy case concerning the debtor listed above was filed on **7/13/09**. On **OCTOBER 9, 2009** , schedules of creditors filed by the above–named debtor(s) were amended to include your name.

The filing of a bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. If you attempt to collect a debt or take other action in violation of the bankruptcy code, you may be penalized. You may wish to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy court clerk's office. Please note that the staff at the bankruptcy court clerk's office are prohibited from giving legal advice.

The trustee in this case is:   Denise M. Pappalardo
P. O. Box 16607
Worcester, MA 01601

A meeting of creditors was scheduled to be held on or will be held pursuant to 11 U.S.C. § 341(a), on **8/28/2009** . Please note that the deadline to file an objection to the debtor's claimed exemption is thirty (30) days after the conclusion of the meeting of creditors.

**Please be aware of the following important deadlines:**

☑  Complaint objecting to the discharge of the debtor and/or to have a debt declared non–dischargeable, must be received by the bankruptcy clerk's office on or before **DECEMBER 9, 2009** .

☑  Deadline to file Proof of Claim for Added creditors only is **JANUARY 8, 2010** .

The attorney for the debtor is:   Carl D. Aframe
Aframe & Barnhill
108 Grove Street
Suite 2
Worcester, MA 01605

If you desire further case–related information, please contact the attorney for the debtor or if there is no attorney listed, contact the above-named trustee.

Date:10/9/09

By the Court,

Paula Fontaine
Deputy Clerk
413–785–6906