210B
10/06

United States Bankruptcy Court
District of Massachusetts

**Jefferson Case**
 3 Ashwood Road
Paxton, MA 01612
xxx–xx–9915
*No Known Aliases*

Case number: 09–42822
Chapter: 13
Judge Henry J. Boroff

**Alissa Case**
 3 Ashwood Road
Paxton, MA 01612
xxx–xx–5979
*No Known Aliases*

# NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

TO THE PARTIES IN INTEREST:

YOU ARE HEREBY NOTIFIED that an assignment of Court Claim No. **53** was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a *Transfer of Claim Other than for Security* in the clerk's office of this court on **12/23/2009.**

*Transferee*
**CR Evergreen, LLC**
**MS 550**
**PO Box 91121**
**Seattle, WA 98111–9221**

*Transferor*
**GE Consumer Finance**
**For GE Money Bank**
**dba GECAF/GEMB**
**PO Box 960061**
**Orlando FL 32896–0661**

– DEADLINE TO OBJECT TO TRANSFER –

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty–one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 12/28/09

By the Court,

Laura Chambers
Deputy Clerk
413–785–6911

# CERTIFICATE OF NOTICE

```
District/off: 0101-4          User: lc                 Page 1 of 1             Date Rcvd: Dec 28, 2009
Case: 09-42822                Form ID: trcl210b        Total Noticed: 1
```

The following entities were noticed by first class mail on Dec 30, 2009.
　NO NOTICES MAILED.

The following entities were noticed by electronic transmission on Dec 28, 2009.
17236757     E-mail/PDF: gecsedi@recoverycorp.com Dec 29 2009 01:28:19     GE Consumer Finance,
　　　For GE Money Bank,   dba GECAF/GEMB,   PO Box 960061,   Orlando FL 32896-0661
                                                                                              TOTAL: 1

　　　***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 30, 2009**          **Signature:** *Joseph Speetjens*